DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney
ANDREW J. BRIGGS (CABN 294224)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov
    andrew.briggs@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-00559 JST |
| Plaintiff, | SUPPLEMENT TO UNIX LINE PTE, LTD'S PLEA AGREEMENT [DKT. 43] |
| v. | |
| UNIX LINE PTE, LTD., | |
| Defendant. | |

Supplemental attachment to Unix Line PTE. Ltd.'s Plea Agreement filed on February 26, 2020, Docket No. 43.

DATED: February 26, 2020                         /s/
                                                      ANDREW J. BRIGGS
                                                      Special Assistant United States Attorney

**UNIX LINE PTE LTD**
**Company Registration No. 199001266K**
(Incorporated in Singapore)
(the "Company")

DIRECTORS' RESOLUTIONS IN WRITING PURSUANT TO
REGULATION 100 OF THE COMPANY'S CONSTITUTION

**WRITTEN PLEA AGREEMENT**

WHEREAS –

The Board deems it advisable and in the best interest of the Company to enter into that certain Plea Agreement between the Company and the United States Attorney's Office for the Northern District of California and the United States Department of Justice Environmental Crimes Section (collectively, hereafter "the government") and ("Agreement"). A true and correct copy of the Agreement is attached to this Written Consent.

The Board has determined that the Plea contemplated by the Agreement and other related agreements, including the Environmental Management System/Compliance Plan (the "ECP") referenced in the Agreement are in the best interests of the Company.

The Board has determined that it is advisable and in the best interests of the Company that John D. Giffin of Keesal Young & Logan p.c., the Company's attorney of record in the criminal proceedings pending in the Federal District Court for the Northern District of California case number 4:19-cr-00559-JST (the "Legal Proceedings") represent the Company in entering a Plea in The Legal Proceedings as reflected in the Agreement.

RESOLVED –

THAT the Company is hereby authorized to enter into the Agreement, the Transaction Documents and the transactions contemplated by the aforementioned documents including the ECP.

THAT John D. Giffin in his capacity as the attorney of record for the Company in The Legal Proceedings (the "Authorized Person"), is hereby authorized to execute, deliver and file, on behalf of and in the name of the Company, the Agreement, the Transaction Documents, and such certificates, instruments and other documents, to which the Company is a party, including the ECP and to appear in the Legal Proceedings acting on behalf of the Company to enter the Plea on behalf of the Company as reflected in the Agreement.

THAT the execution by the Authorized Person of the Agreement, Transaction Documents, and any such certificates, instruments or other documents, including the ECP or the doing by him of any act in connection with the foregoing matters shall conclusively establish his authority from the Board and the approval and ratification by the Board of the Agreement and all the certificates, instruments or documents so executed and the action so taken.

THAT this Written Consent may be executed, via facsimile or any other electronic means, in one or more counterparts, each of which such counterparts when so executed shall be deemed an original and all of which taken together shall constitute but one and the same instrument.

**DIRECTORS**

| Name | Signature |
|---|---|
| HIROFUMI NARA | /s/ Hirofumi Nara |
| AMIT JAIN | /s/ Amit Jain |
| ARVIND RAJA | Arvind Raja |
| HONG KYUNGSEOK | /s/ Hong Kyungseok |

Date: Feb 19, 2020